JOSEPH SCHLESINGER, #87692
Acting Federal Defender
JEROME PRICE, CA Bar #282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARY GEORGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 5:13-CR-00003 JLT |
| Plaintiff, | ) | |
| v. | ) | WAIVER OF DEFENDANT'S PERSONAL |
| | ) | PRESENCE; [PROPOSED] ORDER THEREON |
| MARY GEORGE, | ) | |
| Defendant. | ) | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Mary George, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.


DATED: January 25, 2013                    /s/ Mary George
                                           MARY GEORGE


DATED: January 25, 2013                     /s/ Jerome Price
                                           JEROME PRICE
                                           Assistant Federal Defender
                                           Attorney for Mary George

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

DATED: January 28 , 2013

/s/ Jennifer L. Thurston
Jennifer L. Thurston, Magistrate Judge
United States District Court
Eastern District of California

Rule 43 waiver

-2-